ARNOLD & PORTER LLP
DOUGLAS P. LOBEL  (admitted *pro hac vice*)
RANDALL K. MILLER  (admitted *pro hac vice*)
1600 Tysons Blvd., Ste. 900
McLean, Virginia  22102
Telephone:  703.720.7000
Facsimile:  703.720.7399
douglas.lobel@aporter.com
randall.miller@aporter.com

ARNOLD & PORTER LLP
SHARON DOUGLASS MAYO (Bar No. 150469)
90 New Montgomery Street, Suite 600
San Francisco, California  94105
Telephone:  415.356.3000
Facsimile:  415.56.3099
sharon.mayo@aporter.com

*Attorneys for Defendants*
*E*TRADE Financial Corporation*
*and E*TRADE Bank*

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYN CHRISTENSEN-THORSON,<br><br>  Plaintiff,<br><br>  v.<br><br>E*TRADE FINANCIAL CORPORATION,<br>E*TRADE BANK, and DOES 1-10,<br><br>  Defendants. | Case No. C 06-01575 JW<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER THEREON |

WHEREAS, defendants E*TRADE Financial Corporation and E*TRADE Bank (collectively "E*TRADE") removed this action to this Court on February 28, 2006; and

WHEREAS, on April 3, 2006 E*TRADE served upon plaintiff Lyn Christensen-Thorson their Notice of Motion and Motion to Dismiss the Complaint and Request for Judicial Notice thereon ("Motion to Dismiss"); and

748250_1.DOC

1    WHEREAS, due to the press of other matters, counsel for defendants has requested a short
2    continuance of the hearing date on defendants' Motion to Dismiss; and

3    WHEREAS, the parties, through their respective counsel of record, have agreed, subject to
4    Court approval, to continue the hearing date, currently scheduled for May 8, 2006, and to extend the
5    time by which plaintiff must respond to the Motion to Dismiss, and to change the time within which
6    defendants shall reply thereto; and

7    WHEREAS, the parties previously have stipulated to one brief extension of time, continuing
8    the date on which E*TRADE's response to the complaint was due; and

9    WHEREAS, this extension will not alter the date of any event or any deadline already fixed
10   by Court order,

11   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel
12   of record, that the time for plaintiff to respond to E*TRADE's Motion to Dismiss shall be extended
13   to and including May 15, 2006; and

14   IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their
15   respective counsel of record, that the time for E*TRADE to reply in support of their Motion to
16   Dismiss shall be extended to and including May 22, 2006; and

17   IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their
18   respective counsel of record, and subject to the approval of the Court, that the hearing on the
19   Motion to Dismiss will be continued from May 8, 2006 to June 5, 2006, at 9:00 a.m.

21   Dated:  April 17, 2006                    ARNOLD & PORTER LLP


                                               By:  /s/_____
                                                    Randall K. Miller
                                                    Attorneys for Defendants
                                                    *E*TRADE Financial Corporation and*
                                                    *E*TRADE Bank*

- 2 -

STIP. TO EXTEND BRIEFING SCHEDULE AND TO CONT. HEARING DATE ON MOTION TO DISMISS;
[PROPOSED] ORDER THEREON   Case No. C 06-01575 JW

1

Dated: April 17, 2006                                    KORDA, JOHNSON & WALL LLP

2

3

4
                                            By:   /s/
5
                                                  CHARLES W. HENDRICKSON
                                                  Signed with Permission
6
                                                  Attorneys for Plaintiff
                                                  *Lyn Christensen-Thorsen*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND BRIEFING SCHEDULE AND TO CONT. HEARING DATE ON MOTION TO DISMISS;
[PROPOSED] ORDER THEREON   Case No. C 06-01575 JW

**ORDER**

Pursuant to the above Stipulation between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the time within which plaintiff must respond to the Motion to Dismiss is extended to and including May 15, 2006.

IT IS HEREBY FURTHER ORDERED that the time within which E*TRADE must reply in support of their Motion to Dismiss is extended to and including May 22, 2006.

IT IS HEREBY FURTHER ORDERED that the hearing on E*TRADE's Motion to Dismiss, currently scheduled for May 8, 2006, is continued to June 5, 2006, at 9:00 a.m. in Courtroom 8 of the Court.

IT IS SO ORDERED.

DATED: __04/18__, 2006            _____
                                  THE HON. JAMES WARE

748250_1.DOC

STIP. TO EXTEND BRIEFING SCHEDULE AND TO CONT. HEARING DATE ON MOTION TO DISMISS; [PROPOSED] ORDER THEREON   Case No. C 06-01575 JW