**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lyn Christensen-Thorson, | NO. C 06-01575 JW |
|     Plaintiff, | **ORDER RESCHEDULING DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| v. | |
| E*Trade Financial Corporation, et al., | |
|     Defendants. | |

Please take note that on the Court's own motion, the hearing on Defendants' Motion to Dismiss Complaint currently scheduled for June 5, 2006 has been rescheduled to **Friday, June 16, 2006 at 9 a.m.**

Dated: May 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles W. Hendrickson kjwlaw@pacbell.net
Douglas Paul Lobel douglas_lobel@aporter.com
Michael J. Korda mjkorda@pacbell.net
Randall K Miller randall_miller@aporter.com
Sharon Douglass Mayo sharon_mayo@aporter.com

Dated:  May 15, 2006                              Richard W. Wieking, Clerk

                                                                          **By:**   /s/ JW Chambers
                                                                                    **Melissa Peralta**
                                                                                     **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*