1  ARNOLD & PORTER LLP
   DOUGLAS P. LOBEL  (admitted *pro hac vice*)
2  1600 Tysons Blvd., Ste. 900
   McLean, Virginia  22102
3  Telephone:  703.720.7000
   Facsimile:  703.720.7399
4  douglas.lobel@aporter.com
   randall.miller@aporter.com
5
   ARNOLD & PORTER LLP
6  SHARON DOUGLASS MAYO (Bar No. 150469)
   90 New Montgomery Street, Suite 600
7  San Francisco, California  94105
   Telephone:  415.356.3000
8  Facsimile:  415.56.3099
   sharon.mayo@aporter.com
9
   *Attorneys for Defendants*
10 *E*TRADE Financial Corporation*
   *and E*TRADE Bank*

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYN CHRISTENSEN-THORSON, | Case No. C 06-01575 JW |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; [~~PROPOSED~~] ORDER THEREON |
| v. | |
| E*TRADE FINANCIAL CORPORATION, E*TRADE BANK, and DOES 1-10, | |
| Defendants. | |

WHEREAS, defendants E*TRADE Financial Corporation and E*TRADE Bank (collectively "E*TRADE") removed this action to this Court on February 28, 2006; and

WHEREAS, on April 3, 2006 E*TRADE served upon plaintiff Lyn Christensen-Thorson their Notice of Motion and Motion to Dismiss the Complaint and Request for Judicial Notice thereon ("Motion to Dismiss"); and

749583_1.DOC

1  WHEREAS, on May 15, 2006, Plaintiff filed an opposition to E*TRADE's Motion to Dismiss; and

WHEREAS, on May 15, 2006, the Court issued an Order moving the hearing date on the Motion to Dismiss from June 5, 2006 to June 16, 2006, which in turn made E*TRADE's Reply brief due June 2, 2006 pursuant to Local Rule; and

WHEREAS, the primary lawyer for E*TRADE handling this matter and E*TRADE's Motion, Mr. Randall Miller, has become ill and must withdraw from this litigation; and

WHEREAS, E*TRADE's national counsel at Arnold & Porter LLP are today moving to the law firm of Cooley Godward LLP; and

WHEREAS, E*TRADE has requested and the parties have agreed, subject to Court approval, to move the hearing date from June 16, 2006 to June 26, 2006, with E*TRADE's Reply brief due no later than 14 days in advance of this hearing; and

WHEREAS, the parties previously have stipulated to two brief extensions of time, continuing the date on which E*TRADE's response to the complaint was due and stipulating to one brief extension on the motion to dismiss briefing; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order other than the hearing date on the motion to dismiss,

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that the date for the hearing on E*TRADE's motion to dismiss is extended to June 26, 2006 at 9 am, with E*TRADE's Reply brief due no later than 14 days in advance of this hearing.

Dated: June 2, 2006                                   ARNOLD & PORTER LLP


By: /s/ Douglas P. Lobel
Douglas P. Lobel
Attorneys for Defendants
*E*TRADE Financial Corporation and E*TRADE Bank*

- 2 -

Dated: June 2, 2006                                          KORDA, JOHNSON & WALL LLP


By: /s/_____
    CHARLES W. HENDRICKSON
    Signed with Permission
    Attorneys for Plaintiff
    *Lyn Christensen-Thorsen*

## **ORDER**

Pursuant to the above Stipulation between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED the hearing on E*TRADE's Motion to Dismiss, currently scheduled for June 16, 2006, is continued to June 26, 2006, at 9:00 a.m. in Courtroom 8 of the Court.

IT IS HEREBY FURTHER ORDERED that E*TRADE shall submit any reply in support of their Motion to Dismiss at least 14 days in advance of the motion to dismiss hearing.

IT IS SO ORDERED.


DATED: June 5, 2006                          _____
                                             THE HON. JAMES WARE

- 3 -

STIP. TO EXTEND BRIEFING SCHEDULE AND TO CONT. HEARING DATE ON MOTION TO DISMISS; [PROPOSED] ORDER THEREON   Case No. C 06-01575 JW