1  COOLEY GODWARD LLP
   DOUGLAS P. LOBEL (admitted *pro hac vice*)
2  One Freedom Square * Reston Town Center
   11951 Freedom Drive
3  Reston, Virginia 20190-5656
   Telephone:  703.456.8000
4  Facsimile:  (703) 456-8100
   dlobel@cooley.com
5
   COOLEY GODWARD LLP
6  WILLIAM S. FREEMAN (Bar No. 82002)
   TANYA R. DE LA FUENTE (Bar No. 223672)
7  Five Palo Alto Square
   3000 El Camino Real
8  Palo Alto, CA  94306-2155
   Telephone:     (650) 843-5000
9  Facsimile:     (650) 857-0663
   freemanws@cooley.com
10 tdelafuente@cooley.com

11 *Attorneys for Defendants*
   *E*TRADE Financial Corporation*
12 *and E*TRADE Bank*

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYN CHRISTENSEN-THORSON,<br><br>           Plaintiff,<br><br>      v.<br><br>E*TRADE FINANCIAL CORPORATION,<br>E*TRADE BANK, and DOES 1-10,<br><br>           Defendants. | Case No. C 06-01575 JW<br><br>NOTICE OF WITHDRAWAL OF<br>RANDALL K. MILLER AS COUNSEL FOR<br>DEFENDANTS E*TRADE FINANCIAL<br>CORPORATION AND E*TRADE BANK |

Pursuant to Civil L.R. 11-5, Defendants E*TRADE Financial Corporation and E*TRADE Bank (collectively "E*TRADE") and Randall K. Miller respectfully request that the Court enter an Order withdrawing Mr. Miller as attorney of record for E*TRADE in this matter.

Movants make this request because Mr. Miller is not affiliated with the law firm of

---

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS   Case No. C 06-01575 JW
280601 v1/RE

Cooley Godward LLP, E*TRADE's primary counsel in this matter. E*TRADE has consented to the withdrawal of Mr. Miller as its attorney.

Moreover, the withdrawal of Mr. Miller **will not delay** the litigation in this matter because Douglas P. Lobel, of the law firm of Cooley Godward LLP, has represented E*TRADE throughout this matter, and will continue to serve as E*TRADE's counsel of record. In addition, David A. Vogel, of the law firm of Cooley Godward LLP, filed an Application for Admission *Pro Hac Vice* as Counsel for E*TRADE which was granted by the Honorable Judge Ware on June 23, 2006. Further, E*TRADE has retained local counsel, William S. Freeman and Tanya R. de la Fuente of Cooley Godward LLP, which noticed their appearance on behalf of E*TRADE on June 12, 2006 . The Court is also asked to order that papers and pleadings for E*TRADE in this matter shall be served on Mr. Lobel, rather than Mr. Miller.

Dated:  July 13, 2006                                    COOLEY GODWARD LLP


By:  /s/  Douglas P. Lobel
Douglas P. Lobel (admitted *pro hac vice*)
David A. Vogel (admitted *pro hac vice*)
William S. Freeman (Bar No. 82002)
Tanya R. de la Fuente (Bar No. 223672)
Attorneys for Defendants
*E*TRADE Financial Corporation and E*TRADE Bank*