| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| 2 | DOUGLAS P. LOBEL (admitted *pro hac vice*)<br>One Freedom Square * Reston Town Center<br>11951 Freedom Drive |
| 3 | Reston, Virginia 20190-5656<br>Telephone:  703.456.8000 |
| 4 | Facsimile:  (703) 456-8100<br>dlobel@cooley.com |
| 5 | |
| 6 | COOLEY GODWARD LLP<br>WILLIAM S. FREEMAN (Bar No. 82002) |
| 7 | TANYA R. DE LA FUENTE (Bar No. 223672)<br>Five Palo Alto Square |
| 8 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 9 | Telephone:     (650) 843-5000<br>Facsimile:      (650) 857-0663 |
| 10 | freemanws@cooley.com<br>tdelafuente@cooley.com |
| 11 | *Attorneys for Defendants* |
| 12 | *E\*TRADE Financial Corporation*<br>*and E\*TRADE Bank* |

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | LYN CHRISTENSEN-THORSON, ) | Case No. C 06-01575 JW |
| 19 | ) Plaintiff, ) | NOTICE OF WITHDRAWAL OF SHARON DOUGLASS MAYO AS COUNSEL FOR |
| 20 | ) v. ) | DEFENDANTS E\*TRADE FINANCIAL CORPORATION AND E\*TRADE BANK |
| 21 | ) E\*TRADE FINANCIAL CORPORATION, ) E\*TRADE BANK, and DOES 1-10, ) | |
| 22 | ) Defendants. ) | |
| 23 | ) | |

Pursuant to Civil L.R. 11-5, Defendants E*TRADE Financial Corporation and E*TRADE Bank (collectively "E*TRADE") and Sharon Douglass Mayo respectfully request that the Court enter an Order withdrawing Ms. Mayo as attorney of record for E*TRADE in this matter.

Movants make this request because Ms. Mayo is not affiliated with the law firm of

---

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS    Case No. C 06-01575 JW
287166 v1/RE

Cooley Godward LLP, E*TRADE's primary counsel in this matter.  E*TRADE has consented to the withdrawal of Ms. Mayo as its attorney.

Moreover, the withdrawal of Ms. Mayo *will not delay* the litigation in this matter because Douglas P. Lobel, of the law firm of Cooley Godward LLP, has represented E*TRADE throughout this matter, and will continue to serve as E*TRADE's counsel of record.  In addition, David A. Vogel, of the law firm of Cooley Godward LLP, filed an Application for Admission *Pro Hac Vice* as Counsel for E*TRADE which was granted by the Honorable Judge Ware on June 23, 2006.  Further, E*TRADE has retained local counsel, William S. Freeman and Tanya R. de la Fuente of Cooley Godward LLP, which noticed their appearance on behalf of E*TRADE on June 12, 2006 .  The Court is also asked to order that papers and pleadings for E*TRADE in this matter shall be served on Mr. Lobel, rather than Ms. Mayo.

Dated: July 13, 2006                                          COOLEY GODWARD LLP


By:   /s/  Douglas P. Lobel
Douglas P. Lobel (admitted *pro hac vice*)
David A. Vogel (admitted *pro hac vice*)
William S. Freeman (Bar No. 82002)
Tanya R. de la Fuente (Bar No. 223672)
Attorneys for Defendants
*E*TRADE Financial Corporation and E*TRADE Bank*