IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Christensen-Thorson, | NO. C 06-01575 JW |
| Plaintiff, | **ORDER RE: ELECTRONIC CASE FILING** |
| v. | |
| E*Trade Financial Corp. et al., | |
| Defendants. | |

On August 8, 2006, Defendant E*Trade Financial Corp. filed a third-party complaint against Robert Maines, Robert S. Gordon, Bryant, Clohan & Baruh, LLP, and Quest Discovery Services, Inc. As these third-party defendants are proceeding pro se in this suit, they shall not be subject to the Electronic Case Filing program ("ECF"). Any pleadings or papers shall be actually delivered to these defendants pursuant to the local rules. All other parties in this case shall remain subject to ECF.

Dated: August 9, 2006

JAMES WARE
United States District Judge