ERIC C. KASTER (SBN 53858)
LUIS V. GARCIA (SBN 154861)
KASTNER | BANCHERO LLP
2465 E. Bayshore Road, Suite 405
Palo Alto, CA 94303
Telephone: (650) 967-7854
Facsimile: (650) 320-9640

Attorneys for Third Party Defendant,
QUEST DISCOVERY SERVICES, INC.

APPROVED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYN CHRISTENSEN-THORSON,<br><br>    Plaintiff,<br><br>v.<br><br>E*TRADE FINANCIAL CORPORATION, E*TRADE BANK, and DOES 1-10<br><br>    Defendant and Third Party Plaintiff | CASE NO. C 06-01575 JW<br><br>STIPULATION EXTENDING THIRD PARTY DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING PURSUANT TO LOCAL RULE 6-1(a) |
| E*TRADE FINANCIAL CORPORATION,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>ROBERT L. MAINES, ESQ.<br>BRYANT, CLOHAN & BARUH, LLP,<br>ROBERT S. GORDAN, and<br>QUEST DISCOVERY SERVICES, INC.<br><br>    Third Party Defendant | |

1
STIPULATION EXTENDING THIRD PARTY DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING
PURSUANT TO LOCAL RULE 6-1(a)

1　　WHEREAS, on or about August 9, 2006, Defendant and Third Party Plaintiff E*Trade
2　Financial Corporation (hereinafter "E*Trade Financial") filed a Third Party Summons and a
3　Third Party Complaint in the above-captioned Civil Action against Quest Discovery Services, Inc.
4　("Quest") as Third Party Defendant;

5　　WHEREAS, Quest was thereafter served with the said Third Party Summons and
6　Complaint and has recently retained counsel to review and respond to them;

7　　AND WHEREAS, E*Trade Financial and Quest believe that extending Quest's time to
8　respond to the said Third Party Complaint will not alter the date for any hearing presently set by
9　the Court;

10　　THEREFORE, it is stipulated by and between E*Trade Financial and Quest that Quest
11　shall have up and including September 29, 2006 to file and serve its responsive pleading to the
12　E*Trade Financial's Third Party Summons and Complaint.

13

14　Dated: 9/7/2006　　　　　　　　KASTNER | BANCHERO LLP

15

16　　　　　　　　　　　　　　　　　By: _____
17　　　　　　　　　　　　　　　　　　　Eric C. Kastner
　　　　　　　　　　　　　　　　　　Attorneys for Third Party Defendant
18　　　　　　　　　　　　　　　　　　QUEST DISCOVERY SERVICES, INC.

19　Dated:　　　　　　　　　　　　　COOLEY GODWARD LLP

20

21　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Douglas P. Lopel, Esq.
22　　　　　　　　　　　　　　　　　　David A. Vogel, Esq.
23　　　　　　　　　　　　　　　　　　William S. Freeman, Esq.
　　　　　　　　　　　　　　　　　　Tanya R. De La Fuenta, Esq.
24　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Third Party
　　　　　　　　　　　　　　　　　　Plaintiff E*TRADE FINANCIAL
25　　　　　　　　　　　　　　　　　　CORPORATION

26

27

28

---

2
STIPULATION EXTENDING THIRD PARTY DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING
PURSUANT TO LOCAL RULE 6-1(a)