UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LYN CHRISTENSEN-THORSON

CASE NO. C-06-01575 JW

Plaintiff(s),

v.

E*TRADE FINANCIAL CORPORATION
AND RELATED THIRD PARTIES

Defendant(s).

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- ✓ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- other requested deadline _____

Dated: October 17, 2006

_____
Attorney for Plaintiff

Dated: October 17, 2006

/s/
_____
Attorney for Defendant

Dated: October 17, 2006                              /s/
                                            _____
                                            Attorney for Third Party Defendant Robert
                                            L. Maines, Esq.


Dated: October 17, 2006                              /s/
                                            _____
                                            Attorney for Third Party Defendant Bryant,
                                            Clohan & Baruh, LLP


Dated: October 17, 2006                              /s/
                                            _____
                                            Attorney for Third Party Defendant Quest
                                            Discovery Services, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
✓ Early Neutral Evaluation (ENE)
  Mediation
  Private ADR

Deadline for ADR session
✓ 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: 12/6/2006

_____
*James Ware*
UNITED STATES ~~MAGISTRATE~~ JUDGE
            DISTRICT