DRATH, CLIFFORD, MURPHY & HAGEN, LLP
JOHN M. DRATH (State Bar No. 045031)
1999 Harrison Street, Suite 700
Oakland, California  94612-3517
Telephone:  (510) 287-4000
Facsimile:  (510) 287-4050

Attorneys for Third-Party Defendants
ROBERT L. MAINES and
BRYANT, CLOHAN & GARUH, LLP

**GRANTED**
*James Ware*
Judge James Ware
3/8/2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYN CHRISTENSEN-THORSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE BANK; and DOES 1-10,<br><br>            Defendants.<br>_____<br>E*TRADE FINANCIAL CORPORATION,<br><br>            Third-Party Plaintiff,<br><br>     vs.<br><br>ROBERT L. MAINES, ESQ.; BRYANT,<br>CLOHAH & BARUH, LLP; ROBERT S.<br>GORDON; and QUEST DISCOVERY<br>SERVICES, INC.,<br><br>            Third-Party Defendants. | No.  C-06-01575 JW<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>SUBSTITUTION OF<br>ATTORNEYS |

TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

         PLEASE TAKE NOTICE that, effective immediately, third-party defendant ROBERT L. MAINES hereby substitutes the following law firm as his attorneys of record in the captioned matter:

---

SUBSTITUTION OF ATTORNEYS                                                                                              1

JOHN M. DRATH (State Bar No. 045031)
DRATH, CLIFFORD, MURPHY & HAGEN, LLP
1999 Harrison Street, Suite 700
Oakland, California 94612-3517
Telephone: (510) 287-4000
Facsimile: (510) 287-4050
E-Mail: jdrath@drathlaw.com

Third-party defendant requests that all parties update their service list to reflect this substitution; and further requests that all correspondence, pleadings, and discovery be served on the above-named attorney.

DATED: February 28, 2007

_____
ROBERT L. MAINES
Third-Party Defendant

The above substitution is hereby accepted.

DATED: February 28, 2007        DRATH, CLIFFORD, MURPHY & HAGEN, LLP

By _____
JOHN M. DRATH
Attorneys for Third-Party Defendants
ROBERT L. MAINES and
BRYANT, CLOHAN & BARUH, LLP

R:\13\3008\pxsub001.rcb.wpd

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On March 6, 2007 I served the within **SUBSTITUTION OF ATTORNEYS** on all interested parties in said action, addressed as follows.

| | |
|---|---|
| MICHAEL KORDA, ESQ.<br>Korda, Johnson & Wall<br>66 East Santa Clara Street, Suite 250<br>San Jose, California  95113<br>Telephone:<br>Facsimile:<br>Email:   mjkorda@pacbell.com<br>**Attorneys for**: | DOUGLAS P. LOBEL, ESQ.<br>DAVID A. VOGEL, ESQ.<br>Cooley, Godward, Kronish, LLP<br>One Freedom Square - Reston Town Center<br>11951 Freedom Drive<br>Reston, Virginia  20190-5656<br>Telephone:<br>Facsimile:<br>Email:   dlobel@cooley.com<br>            dvogel@cooley.com<br>**Attorneys for**: |
| ROBERT S. GORDON<br>99523-111<br>FCI Lompoc<br>Federal Correctional Institution<br>3600 Guard Road<br>Lompoc, California  93436<br>**In Propria Persona**<br>**SERVICE BY U.S. MAIL ONLY** | THOMAS T. KIM, ESQ.<br>Kastner Banchero, LLP<br>2465 East Bayshore Road, Suite 405<br>Palo Alto, California  94303<br>Telephone:<br>Facsimile:<br>Email:   ttk@kastnerbanchero.com<br>**Attorneys for**: |
| ROBERT L. MAINES, ESQ.<br>Tomlinson Zisko, LLP<br>200 Page Mill Road<br>Palo Alto, California  94306<br>Telephone: (650) 325-8666<br>Facsimile: (650) 325-1808<br>Email:   rmaines@tzllp.com<br>**In Propria Persona** | JEFFREY A. BARUH, ESQ.<br>Bryant, Clohan & Baruh, LLP<br>550 Hamilton Avenue, Suite 300<br>Palo Alto, California  94301<br>Telephone: (650) 324-1606<br>Facsimile: (650) 324-2950<br>Email:   jbaruh@bcclegal.com<br>**Attorneys for**:   BRYANT, CLOHAN & BARUH |

  **✘**___**MAIL**: By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office in Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

  _____**HAND**: By placing a true copy thereof in a sealed envelope and causing said envelope to be delivered by hand to the address(es) noted above, during normal business hours.

  _____**OVERNIGHT**: By placing a true copy in a sealed envelope, addressed to the interested party and depositing said envelope in the box regularly maintained by the overnight courier service at 1999 Harrison Street, Oakland, California.

  _____**FAX**: By causing a true copy to be transmitted via facsimile to the addressee(s) noted above at the facsimile number shown.

_____**E-MAIL**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**✖**\_\_\_**LNFS**  I caused the above document to be served through LexisNexis File & Serve addressed to all parties appearing in the LexisNexis File & Serve electronic service list by selecting the individual recipients on the LexisNexis File & Serve website on the date executed below. The file transmission was reported as complete and a copy of the "Lexis/Nexis File & Serve Filing Receipt" page will be maintained with the original document in our office.

_____**OLFS**  By electronically transmitting the document(s) listed above to One Legal File and Serve, an electronic filing service provider, at www.onelegal.com, pursuant to the Court's Order Mandating Electronic Filing and Service dated _____. See California Rules of Court, Rule 2053(a) and Rule 2054(b). The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2007, at Oakland, California.

*/s/ Roberta Campbell Beach*
ROBERTA CAMPBELL BEACH

---

PROOF OF SERVICE                                          2                                          R:\13\3008\pos.wpd