Michael J. Korda, Esq., S.B.N. 088572
KORDA, JOHNSON & WALL LLP
Sixty-Six E. Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone    (408)494-0700
Facsimile    (408)494-0707

Attorneys for Plaintiff
Lyn Christensen-Thorson

**GRANTED**
*James Ware*
Judge James Ware
9/4/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LYN CHRISTENSEN-THORSON,          ) | Case No. C 06-01575 JW |
| Plaintiff,          ) | STIPULATION FOR DISMISSAL |
| v.          ) | |
| E*TRADE FINANCIAL CORPORATION ) *et al.*,          ) | |
| Defendants,          ) | |
| v.          ) | |
| ROBERT L. MAINES, ESQ.,          ) BRYANT CLOHAN & BARUH LLP,          ) ROBERT S. GORDON, and          ) QUEST DISCOVERY SERVICES, INC.     ) | |
| Third-Party Defendants          ) | |

Pursuant to Federal Rule of Civil Procedure 41(a) (1);

IT IS HEREBY STIPULATED between the parties, through their respective counsel of record,

that the matter has been resolved, and pursuant to that resolution, that this entire matter be, and

hereby is, DISMISSED WITH PREJUDICE.

1

| | | |
|---|---|---|
| DATED: | August 29, 2007 | KORDA, JOHNSON & WALL LLP |

*[signature]*

MICHAEL J. KORDA
Attorney for Plaintiff

DATED: August , 2007         COOLEY GODWARD KRONISH LLP

*[signature]* DAVID A. VOGEL (phv)

~~PAUL A. HAASE~~
Attorney for Defendants E*Trade
Financial Corp. and E*TRADE Bank

DATED: August , 2007         DRATH, CLIFFORD, MURPHY & HAGEN

_____
JOHN M. DRATH
Attorney for Third Party Defendants
Maines, BC&B and Gordon

DATED: August , 2007         KASTNER BANCHERO LLP

_____
LUIS V. GARCIA
Attorney for Third Party Defendant
Quest Discovery

2

STIPULATION FOR DISMISSAL

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | DATED: | August 29, 2007 | KORDA, JOHNSON & WALL LLP |
| 5 | | | |
| 6 | | | *[signature]* |
| 7 | | | MICHAEL J. KORDA<br>Attorney for Plaintiff |
| 8 | | | |
| 9 | DATED: | August , 2007 | COOLEY GODWARD KRONISH LLP |
| 10 | | | |
| 11 | | | |
| 12 | | | PAUL A. HAASE<br>Attorney for Defendants E*Trade Financial Corp. |
| 13 | DATED: | August , 2007 | DRATH, CLIFFORD, MURPHY & HAGEN |
| 14 | | | |
| 15 | | | |
| 16 | | | JOHN M. DRATH<br>Attorney for Third Party Defendants Maines, BC&B and Gordon |
| 17 | | | |
| 18 | DATED: | August 29, 2007 | KASTNER BANCHERO LLP |
| 19 | | | |
| 20 | | | *[signature]* |
| 21 | | | LUIS V. GARCIA<br>Attorney for Third Party Defendant Quest Discovery |
| 22 | | | |

2

STIPULATION FOR DISMISSAL

| | | |
|---|---|---|
| DATED: | August 29, 2007 | KORDA, JOHNSON & WALL LLP |

*/s/ Michael J. Korda/*
MICHAEL J. KORDA
Attorney for Plaintiff

| | | |
|---|---|---|
| DATED: | August   , 2007 | COOLEY GODWARD KRONISH LLP |

_____
PAUL A. HAASE
Attorney for Defendants E*Trade
Financial Corp.

| | | |
|---|---|---|
| DATED: | August 29, 2007 | DRATH, CLIFFORD, MURPHY & HAGEN |

*/s/ John M. Drath/*
JOHN M. DRATH
Attorney for Third Party Defendants
Maines, BC&B and Gordon

| | | |
|---|---|---|
| DATED: | August   , 2007 | KASTNER BANCHERO LLP |

_____
LUIS V. GARCIA
Attorney for Third Party Defendant
Quest Discovery